IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY D'ANGELO | : | CIVIL ACTION |
| v. | : | |
| COATESVILLE AREA SCHOOL DISTRICT | : | NO. 14-7325 |

**O R D E R**

AND NOW, this 20th day of June, 2016, upon consideration of Plaintiff's Motion to Compel (Doc. 29), the response (Doc. 32), reply (Doc. 36), sur-reply (Doc. 40), the Complaint (Doc. 1), Answer (Doc. 13), all of the attached exhibits, and after holding oral argument on the Motion, IT IS HEREBY ORDERED that the Motion is GRANTED in part and DENIED in part as outlined in the accompanying Memorandum.

IT IS FURTHER ORDERED that discovery and scheduling shall proceed as follows:

1. Within 30 days of the entry of this Order, Defendant shall supplement their answers to Plaintiff's Requests for Production of Documents as outlined in the accompanying Memorandum.

2. Within 10 days of providing the supplemental responses, Defendant shall identify one or more representatives for (a) corporate designee deposition(s).

3. By July 29, 2016, counsel for both sides shall have noticed and scheduled all depositions, and on that date shall provide Judge Hey with a list of deponents and dates for each side.

4. On Thursday, August 18, 2016, at 9:30 a.m., Judge Hey will conduct a telephonic conference to discuss any issues that have arisen with respect to depositions.

5. All fact and expert discovery shall be completed by September 30, 2016.

6. Dispositive motions, including but not limited to motions for summary judgment, shall be filed with the Clerk of Court, and a copy delivered to Judge Stengel's chambers, by October 30, 2016, with responses due November 30, 2016, and replies due December 15, 2016.

7. Any previously set deadlines inconsistent with the above deadlines are vacated, and Judge Stengel will schedule a conference with counsel to schedule all other deadlines and events.

        BY THE COURT:

        /s/ELIZABETH T. HEY

        _____

        ELIZABETH T. HEY, U.S.M.J.