IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY D'ANGELO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COATESVILLE AREA SCHOOL DISTRICT | : | NO. 14-7325 |

## O R D E R

AND NOW, this 30th day of June, 2016, upon consideration of Movant Richard Como's Motion to Quash (Doc. 42), the response thereto (Doc. 44) and after holding a telephonic conference regarding the motion, IT IS HEREBY ORDERED that the Motion is DENIED.  Counsel shall schedule Mr. Como's deposition during the third week of August.  If Mr. Como declines to answer specific questions during the deposition, Plaintiff shall have one week to file a motion to compel responses (including the specific questions, the answers to which he believes are not protected by the Fifth Amendment), and Mr. Como shall have fourteen days to respond, providing justification for the invocation of the Fifth Amendment as to each question.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.